

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-043-CV

IN THE INTEREST OF A.G.D., A CHILD

----------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On February 4, 2008 and February 15, 2008, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

---

[1]*See* TEX. R. APP. P. 47.4.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  March 6, 2008

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in court of appeals).